Robert C. Griffin
CROWLEY FLECK PLLP
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 256-0277
E-Mail: rgriffin@crowleyfleck.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| CHURCH UNIVERSAL AND TRIUMPHANT, INC. | ) ) | Cause No. CV 15-cv-71-SPW-CSO |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | **CHURCH UNIVERSAL AND** |
| SUMMIT UNIVERSITY OF PENNSYLVANIA, FKA, BAPTIST BIBLE COLLEGE & SEMINARY | ) ) ) ) | **TRIUMPHANT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | ) | |

Pursuant to Rule 7.1, Fed. R. Civ. P., Church Universal and Triumphant, Inc. provides the following information as to its Corporate Disclosure Statement:

1. Church Universal and Triumphant, Inc. is a Montana corporation.

2. Church Universal and Triumphant, Inc. does not have a parent corporation. Church Universal and Triumphant, Inc. further states that there is no publicly held corporation owning 10% or more of its stock.

Dated this 28th day of July, 2015.

>/s/ Robert C. Griffin
Robert C. Griffin
CROWLEY FLECK, PLLP
Transwestern Plaza II
490 N. 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
***Attorneys for Plaintiff***