IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHURCH UNIVERSAL AND TRIUMPHANT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUMMIT UNIVERSITY OF PENNSYLVANIA, FKA, BAPTIST BIBLE COLLEGE & SEMINARY, <br><br> Defendant. | CV 15-71-BLG-SPW-CSO <br><br> **SHOW CAUSE ORDER** |

Plaintiff filed its Complaint on July 23, 2015. *Cmplt. (ECF 1)*. More than 90 days have elapsed since the filing of the Complaint. Fed. R. Civ. P. 4 (m).[1] To date, Plaintiffs have not filed proof of service. Rule 4.3, Rules of Procedure of the United States District Court for the District of Montana, requires it to do so. Accordingly,

---

[1] A recent amendment to Fed. R. Civ. P. 4(m), effective December 1, 2015, reduced the time for a defendant to be served from 120 days to 90 days. Under either version of Rule 4(m), Plaintiff has not demonstrated proof of timely service upon Defendant.

IT IS ORDERED that counsel for Plaintiff shall appear, in writing, on or before January 6, 2016, to show cause, if any, why this case should not be dismissed for failure to effect service as required by Fed. R. Civ. P. 4(m).

DATED this 23rd day of December, 2015.

**/S/ Carolyn S. Ostby**
United States Magistrate Judge